

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00198-CV

| | | |
|---|---|---|
| IN THE INTEREST OF K.J. AND C.W., CHILDREN | § | On Appeal from the 322nd District Court |
| | § | of Tarrant County (322-707904-21) |
| | § | October 5, 2023 |
| | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. The corrected order of termination is modified to delete Sections 3.2, 3.2.1, and 3.2.2. It is ordered that the corrected order terminating Mother's and Father's parental rights to both children is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel